**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6169**

_____

GEORGE WILSON MCGRAW,

                                 Petitioner - Appellant,

      versus

JOYCE K. CONLEY, Warden, F.C.I. Beckley,

                                 Respondent - Appellee,

      and

TRACY WEESE,

                                 Party in Interest.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley. David A. Faber, District
Judge. (CA-01-852-5)

_____

Submitted: April 25, 2002         Decided: May 6, 2002

_____

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

George Wilson McGraw, Appellant Pro Se. Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George Wilson McGraw appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion rejecting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. McGraw v. Conley, No. CA-01-852-5 (S.D.W. Va. Jan. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2